**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTOINE LIGONS | : |
| | : |
| | : **CIVIL ACTION** |
| **Plaintiff,** | : No. 25-4617 |
| | : |
| **v.** | : |
| | : |
| CITY OF PHILADELPHIA, et al., | : |
| | : |
| **Defendants** | : |
| | : |

### SUGGESTION OF DEATH

Counsel for Defendants hereby give notice that, upon information and belief, Defendant

Jerome Gross ("The Decedent") is deceased.

Pursuant to Federal Rule of Civil Procedure 25, Defendants will seek dismissal of causes

of action against The Decedent absent timely substitution of The Decedent's successor.

Date:  May 13, 2026                                     Respectfully submitted,

 /s/ Jeffrey Palmer
Jeffrey Palmer
Div. Deputy City Solicitor
Pa. Attorney ID No. 311295
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-4775 (phone)
215-683-5397 (fax)
jeffrey.h.palmer@phila.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTOINE LIGONS**        **Plaintiff,** <br><br> **v.** <br><br> **CITY OF PHILADELPHIA, et al.,** <br><br> **Defendants** | **CIVIL ACTION** <br> No. 25-4617 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, the foregoing Suggestion of Death has been filed on ECF and served upon all parties to this action on the date below.

The City will supplement this certificate upon necessary service on any non-parties to this action.


Date:  May 13, 2026

Respectfully submitted,

 /s/ Jeffrey Palmer_____
Jeffrey Palmer
Div. Deputy City Solicitor
Pa. Attorney ID No. 311295
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-4775 (phone)
215-683-5397 (fax)
jeffrey.h.palmer@phila.gov